SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238)
E-mail: dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Jill Porcaro (SBN 190412)
E-mail: jporcaro@seyfarth.com
Candace Bertoldi (SBN. 254725)
E-mail: cbertoldi@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071-1406
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
WALGREEN CO.

SCOTT COLE & ASSOCIATES, APC
Scott Edward Cole (SBN 160744)
E-mail: scole@scalaw.com
Molly A. DeSario (SBN 230763)
Email: mdesario@scalaw.com
Stephen Noel Ilg (SBN 275599)
Email: silg@scalaw.com
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

Attorney for Plaintiffs
GEORGE WILSON and TANARICA MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILSON, TANARICA MARTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO. and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. **CV 11-2930 MEJ**<br><br>[Assigned to Magistrate Judge Maria-Elena James, Courtroom B]<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))** ORDER<br><br>[SFSC Case No. CGC-11-510950]<br><br>Complaint filed: May 13, 2011 |

Pursuant to Local Rule 6-1(a), Plaintiffs George Wilson and Tanarica Martin and Defendant Walgreen Co. ("Defendant"), by and through their undersigned counsel, hereby stipulate to extend the deadline for Defendant to respond to the Complaint, from June 21, 2011 until July 12, 2011. No prior extension of time was previously agreed upon.

This extension will not change any deadlines set by the Court, and the parties shall comply with all Court scheduling orders issued to date.

**IT IS SO STIPULATED.**

DATED: June 17, 2011

SEYFARTH SHAW LLP

By /s/ Candace Bertoldi
Diana Tabacopoulos
Jill Porcaro
Candace Bertoldi
Attorneys for Defendant
WALGREEN CO.

DATED: June 17, 2011

SCOTT COLE & ASSOCIATES, APC

By /s/ Scott Edward Cole
Scott Edward Cole
Molly A. DeSario
Stephen Noel Ilg
Attorneys for Plaintiffs
GEORGE WILSON and TANARICA MARTIN

IT IS SO ORDERED:

Edward M. Chen
U.S. District Judge

