1  SEYFARTH SHAW LLP
   Diana Tabacopoulos (SBN 128238)
2  E-mail: dtabacopoulos@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
4  Facsimile: (310) 201-5219

5  SEYFARTH SHAW LLP
   Jill Porcaro (SBN 190412)
6  E-mail: jporcaro@seyfarth.com
   Candace Bertoldi (SBN. 254725)
7  E-mail: cbertoldi@seyfarth.com
   333 South Hope Street, Suite 3900
8  Los Angeles, California 90071-1406
   Telephone: (213) 270-9600
9  Facsimile: (213) 270-9601

10 Attorneys for Defendant
   WALGREEN CO.
11
   SCOTT COLE & ASSOCIATES, APC
12 Scott Edward Cole, Esq. (S.B. # 160744)
   Molly A. DeSario, Esq. (S.B. #230763)
13 Stephen Noel Ilg, Esq. (S.B. #275599)
   1970 Broadway, Ninth Floor
14 Oakland, California 94612
   Telephone: (510) 891-9800
15 Facsimile: (510) 891-7030
   Email: scole@scalaw.com
16 Email: mdesario@scalaw.com
   Email: silg@scalaw.com
17 Web:   www.scalaw.com

18 Attorney for Plaintiffs
   GEORGE WILSON and TANARICA MARTIN

19                    **UNITED STATES DISTRICT COURT**

20                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE WILSON, TANARICA MARTIN, individually and on behalf of all other similarly situated, | CASE NO. CV 11-2930 EMC |
| | [Assigned to the Hon. Judge Edward M. Chen, Courtroom 5] |
| Plaintiffs, | |
| | CLASS ACTION |
| v. | |
| | [PROPOSED] ORDER RE: STIPULATION TO FILE FIRST AMENDED COMPLAINT (Fed R. Civ. P. 15(a)) |
| WALGREEN CO. and DOES 1 through 100, inclusive, | |
| | [SFSC Case No. CGC-11-510950] |
| Defendants. | Complaint filed: May 13, 2011 |

[PROPOSED] ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT
                                                   Case No. CV 11-2930 EMC

13586360v.1

1     Having considered the parties' Stipulation to File First Amended Complaint, and having found it to be supported by good cause, it is hereby ORDERED that:

    1.    Plaintiffs George Wilson and Tanarica Martin's First Amended Complaint, attached as Exhibit A to the parties' Stipulation, is deemed filed and served as of the date of this Order.

    2.    Defendant Walgreen Co.'s response to the First Amended Complaint shall be due in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Northern District of California.

**IT IS SO ORDERED:**

DATED: 7/22/11



Edward M. Chen
U.S. D...
Judge Edward M. Chen

IT IS SO ORDERED